# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, A.C. RUGH, T.H. CAMPBELL**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## KAROND P. CHEATUM
## SEAMAN (E-3), U.S. NAVY

### NMCCA 201600059
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 11 December 2015.
**Military Judge:** CAPT David M. Harrison, JAGC, USN.
**Convening Authority:** Commanding Officer, USS ANTIETAM (CG 54).
**Staff Judge Advocate's Recommendation:** LT S.W. Brennan, JAGC, USN.
**For Appellant:** CDR Suzanne Lachelier, JAGC, USN.
**For Appellee:** Brian Keller, Esq.

**30 June 2016**

---

### OPINION OF THE COURT

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order shall reflect that the appellant was found guilty of the specification of Charge III, excepting the words "striking her with his hand on her buttocks, placing his body against her body.

For the Court

R.H. TROIDL
Clerk of Court